UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN TARIQ ALI,<br><br>  Plaintiff,<br><br>   v.<br><br>MICHAEL ASTRUE, Commissioner of the<br>Social Security Administration,<br><br>  Defendant. | Case No. C08-1767-RAJ<br><br>**ORDER REVERSING AND REMANDING CASE FOR AWARD OF BENEFITS** |

The Court has considered the Report and Recommendation (Dkt. # 22) of the Honorable Brian A. Tsuchida, United States Magistrate Judge. The Report and Recommendation recommends that this action be remanded to an administrative law judge for an award of benefits. The Commissioner has not objected to the Report and Recommendation, which the court takes as an indication that the Commissioner does not oppose the recommended relief. The court accordingly orders as follows:

(1) The Court adopts the Report and Recommendation (Dkt. # 22).

(2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for the purpose of awarding benefits. July 23, 2003, is the date of onset of plaintiff's disability and the Court directs this date to be used for the calculation of benefits.

//

//

ORDER - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 3rd day of November, 2009.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2